UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL PRIDGIN                                            MJ 04-84

   Defendant

## APPOINTMENT OF FEDERAL DEFENDER
Page Kelley

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **DECEMBER 6, 2004** to represent said defendant in this cause until further order of the Court.

TONY ANASTAS
CLERK OF COURT

By:  /s/ Maria Simeone
     Courtroom Deputy
     The Honorable Lawrence P. Cohen

DATE: December 7, 2004

(Appt Fed def.wpd - 11/98)                                    [koapptpd.]