AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

| UNITED STATES<br>V.<br>MICHAEL PRIDGEN | EXHIBIT AND WITNESS LIST<br><br>Case Number:  MJ 04-84 |
|---|---|

| PRESIDING JUDGE<br>COHEN | PLAINTIFF'S ATTORNEY<br>CABELL | DEFENDANT'S ATTORNEY<br>KELLY |
|---|---|---|
| TRIAL DATE (S)<br>12/9/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 12/9/04 |  |  | WITNESS - SP AGENT -LISA RUDNICKI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages