AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL PRIDGEN

**WARRANT FOR ARREST**

CASE NUMBER: 04-M0084-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MICHAEL PRIDGEN
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

  Indictment      Information   X  Complaint      Order of court      Violation Notice      Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm

in violation of
Title          18          United States Code, Section(s)  922(g)(1)

LAWRENCE P. COHEN                                          UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                                    Title of Issuing Officer

*Signature of Issuing Officer*                             December 2, 2004 - Boston, MA
                                                           Date and Location

Bail fixed at $                              by
                                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/6/04

DATE RECEIVED          NAME AND TITLE OF ARRESTING OFFICER          SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.

*[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 DEC -2 P 3:00]*