UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10375-RWZ |
| v. ) | VIOLATION: |
| ) | 18 U.S.C. § 922(g)(1) |
| MICHAEL PRIDGEN ) | Felon in Possession of |
| ) | Firearm and Ammunition |

## INDICTMENT

COUNT ONE:    (18 U.S.C. §922(g)(1) - Felon in Possession Ammunition)

The Grand Jury charges that:

On or about October 29, 2004, at Boston, in the District of Massachusetts,

MICHAEL PRIDGEN

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a .357 caliber, Smith and Wesson, model 65 revolver bearing serial number 7D12564, loaded with various rounds of .357 and 38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further charges that:

1. The defendant used and possessed the firearm and ammunition described in Count One in connection with a crime of violence, as defined in U.S.S.G. § 4B1.2(a), and as described in U.S.S.G. §4B1.4(b)(3)(A)

2. The defendant used and possessed the firearm and ammunition described in Count One in connection with another felony offense, as described in U.S.S.G. § 2K2.1(b)(5).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
DONALD L. CABELL
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                    Dec. 15, 2004


Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk   @ 2:55pm 12/15/04

◇JS 45  (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**          **Category No.** II          **Investigating Agency** ATF

**City**   Boston               **Related Case Information:**

**County**   Suffolk            Superseding Ind./ Inf. _____  Case No. _____
                                Same Defendant _____  New Defendant _____
                                Magistrate Judge Case Number   04-M00084-LPC
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Michael Pridgen          Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: 1984   SS#: 5121   Sex: M   Race: Black   Nationality: American

**Defense Counsel if known:**   Paige Kelly          **Address:**  Federal Defender Office
                                                                   408 Atlantic Ave., 3rd floor, Boston

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Donald L. Cabell          **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes   ☒ No          List language and/or dialect: _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:**   December 6, 2004

☒ Already in Federal Custody as   of December 6, 2004   in   Plymouth County Corr. Ins. .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** December 15, 2004          **Signature of AUSA:** _/s/ Donald Cabell_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Michael Pridgen

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(g)(1) | Felon in Possession of Firearm and Ammo | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     ATF

pridgen js45 indictment.wpd - 3/13/02