UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


  UNITED STATES OF AMERICA
                    Plaintiff


                    v.                          Case Number:  CR 04-10375-RWZ


  MICHAEL PRIDGEN
                    Defendant


**ORDER OF REFERRAL**
January 26, 2005


LINDSAY, DJ

         The above captioned case is referred to Magistrate Judge   JOYCE LONDON

ALEXANDER   upon the retirement of Magistrate Judge Lawrence P. Cohen.  Any instruction

entered on the original Order of Reference remains in effect.


                              By the Court,


                              /s/ Virginia A. Hurley
                              Deputy Clerk