UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10375-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL PRIDGEN | ) | |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from February 7, 2005 to March 17, 2005, the scheduled date of the parties' status conference.

      Respectfully submitted,

      MICHAEL J. SULLIVAN
      United States Attorney

By:

_____
DONALD L. CABELL
Assistant U.S. Attorney