UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 04-10375-RWZ |
| MICHAEL PRIDGEN ) | |
| ) | |

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(A)**

Pursuant to Local Rule 116.5(A), the United States and Defendant Michael Pridgen (collectively, the "parties") state as follows:

(1) The parties do not seek relief from the applicable timing requirements imposed by L.R. 116.3.

(2) The defendant requests discovery concerning expert witnesses. The parties propose that the government be required to disclose such discovery 30 days prior to trial, and that the defendant be required to provide reciprocal discovery 14 days prior to trial.

(3) The government anticipates providing additional discovery.

(4) The defendant presently intends to file one or more dispositive motions, and therefore requests that a motion date for filing such pretrial motions be established under Fed. R. Crim. P. 12(c).

(5) The parties propose that the Court enter an order excluding the 28-day time period following the defendant's arraignment, as well as the time period from February 7, 2005 to

March 17, 2005.

    (6) At present, the parties believe the case will go to trial and estimate the trial will last approximately three to four days.

    (7) The parties propose that the Court convene an interim status conference in late April, 2005.

| | |
|---|---|
| MICHAEL PRIDGEN | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| /s/Page Kelly | /s/Donald L. Cabell |
| PAGE KELLY, ESQ. | DONALD L. CABELL |
| Federal Defender Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue, 3rd floor | U.S. Courthouse |
| Boston, MA 02210 | 1 Courthouse Way |
| (617) 223-8061 | Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3105 |

March 17, 2005