UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                CRIMINAL CASE
V.                NO. 04-10375 RWZ

MICHAEL PRIDGEN
    Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On March 17, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. Supplemental discovery is anticipated;

4. The defendant requests discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: January 10, 2005, through February 3, 2005 (28 days) and February 7, 2005, through March 17, 2005 (38 days), for a total of sixty-six (66) days as of March 17, 2005. The time period from February 4, 2005, through February 6, 2005, has not yet been excluded by written motion of the parties. The Parties made oral motion to exclude the time until the next status conference. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is sixty-three (63) days as of March 17, 2005;

6. Trial is anticipated. The estimated duration of the trial is one 91) week;

7. Other matters: the superseding indictment required adjustment of the Interim Status conference of the defendants to April 13, 2005 instead of April 6, 2005, to be held with

the remaining co-defendants.

        IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **Interim Status Conference** is scheduled at **3:00 p.m.** on **April 18, 2005,** in Courtroom 24, 7th floor.

        HONORABLE JOYCE LONDON ALEXANDER
        U.S. MAGISTRATE JUDGE

        By the Court:

<u>March 30, 2005</u>         <u>/S/ Rex Brown</u>
Date         Courtroom Clerk
        (617) 748-9238