UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 04-10375-RWZ |
| MICHAEL PRIDGEN ) | |
| ) | |

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(A), the United States and Defendant Michael Pridgen (collectively, the "parties") state as follows:

(1) Counsel for the defendant is in the process of reviewing the discovery provided by the government to date.

(2) The government anticipates providing additional discovery. Among other things, the case agent has interviewed a number of prospective witnesses and reports of those interviews will be provided as soon as they are available. In addition, following a meeting with Boston Police Officers on April 8, 2005 to examine a firearm and several rounds of ammunition, the parties learned that the items were examined for fingerprints. The parties understand that the reports have not yet been prepared but should be available within three weeks.

(3) The defendant presently does not intend to raise a defense of insanity or public authority.

(4) The government has not formally requested notice of an alibi by the defendant.

(5-6) The defendant may file one or more dispositive motions but will not be in a position to make that determination until discovery is complete.  As noted above, the government presently anticipates that non-expert discovery should be completed within approximately three weeks.

(7) The parties have had some discussions regarding resolution of the case short of trial but presently believe the case will proceed to trial.

(8) In light of the foregoing, and, particularly, the need for the defendant to be able to review the discovery that is to be provided within the next few weeks, the parties propose that the court treat the present conference as an interim status conference, and convene a final status conference approximately 30 days from now.

| | |
|---|---|
| MICHAEL PRIDGEN<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| /s/Page Kelly_____<br>PAGE KELLY, ESQ.<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd floor<br>Boston, MA 02210<br>(617) 223-8061 | /s/Donald L. Cabell__<br>DONALD L. CABELL<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3105 |

April 14, 2005