UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)   CR. NO. 04-10375-RWZ<br>MICHAEL PRIDGEN )<br>) | |

**PARTIES' MOTION TO EXCLUDE TIME**

The parties, including the United States of America and Defendant Michael Pridgen, hereby move that the Court exclude the following periods of time: February 4, 2005 through February 6, 2005, and March 17, 2005, the date of the parties' initial status conference, to April 18, 2005, the date of the parties' scheduled interim status conference.

| | |
|---|---|
| MICHAEL PRIDGEN<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: |
| /s/Page Kelly_____<br>PAGE KELLY, ESQ.<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd floor<br>Boston, MA 02210<br>(617) 223-8061 | /s/Donald L. Cabell___<br>DONALD L. CABELL<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3105 |

April 14, 2005