UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10375 RWZ |
| | ) | |
| MICHAEL PRIDGEN | ) | |
| | ) | |

<u>MOTION FOR COURT ORDER FOR RELEASE OF JUVENILE RECORDS</u>

Now comes defendant through counsel and requests that this Honorable Court endorse the attached order, requesting that the records pertaining to the defendant's juvenile conviction in Roxbury Court be provided to counsel. Counsel requires records pertaining to this conviction to determine whether the defendant is an Armed Career Criminal under 18 U.S.C. § 924(e) and the Juvenile Court will not provide them to counsel without a court order.

          MICHAEL PRIDGEN
          By his attorney,

          /s/ Page Kelley
          Page Kelley
            B.B.O. #548237
          Federal Defender Office
          408 Atlantic Avenue, 3rd Floor
          Boston, MA  02110
          Tel: 617-223-8061

Date: May 24, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.                                                  ) | CRIMINAL NO. 04-10375 RWZ |
| ) | |
| MICHAEL PRIDGEN                       ) | |
| ) | |

## COURT ORDER

The Clerk, Juvenile Division, Roxbury Division, Roxbury District Court Department, 85 Warren Street Roxbury, MA 02119 is hereby ordered to provide counsel for defendant Michael Pridgen, Assistant Federal Public Defender Page Kelley, 408 Atlantic Avenue, 3rd floor, Boston, MA 02110, with docket sheet, certification of representation by counsel, complaint, and tape of guilty plea or admission to sufficient facts for case no. DL00R0538. Mr. Pridgen was convicted of that charge, assault and battery with a dangerous weapon, a knife, on 11/6/00. These materials are to be provided no later than Wednesday, June 8, 2005.

Date: _____

                                            Hon. Rya W. Zobel
                                            United States District Judge