UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10375 RWZ |
| ) | |
| MICHAEL PRIDGEN ) | |
| ) | |

ASSENTED-TO MOTION TO CONTINUE DATE
FOR FILING DISPOSITIVE MOTIONS

Now comes the defendant through counsel and asks for an additional ten days to file dispositive motions in the above-numbered case. Motions are presently due on Friday, May 27; counsel requests until Monday, June 6 to file them. Counsel so requests because discovery has just recently been completed and counsel has not had an opportunity to discuss the most recently-provided discovery with the defendant. Counsel anticipates filing a motion to suppress statements but must confer with the defendant before doing so.

The Assistant United States Attorney assigned to this case, Donald Cabell, has no objection to this request.

MICHAEL PRIDGEN
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: May 25, 2005