UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10375-RWZ |
| | ) | |
| MICHAEL PRIDGEN | ) | |
| | ) | |

MOTION FOR LEAVE TO FILE
ONE DAY LATE

Now comes the defendant through counsel and asks for leave to file the defendant's Motion to Suppress Statements one day late. Counsel so requests because she did not have the defendant's signed affidavit in hand until today, June 7.

MICHAEL PRIDGEN
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: June 7, 2005