UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10375 RWZ |
| ) | |
| MICHAEL PRIDGEN ) | |
| ) | |

ASSENTED-TO MOTION TO CONTINUE DATE
FOR FINAL STATUS CONFERENCE

Now comes the defendant through counsel and asks that the date for the final status conference in the above-numbered case, presently set for Thursday, June 9 at 3:30, be continued to a date at the end of June or beginning of July. Counsel so requests because she has just today filed the defendant's motion to suppress statements and the government will require time to reply; and because counsel has recently requested additional discovery from the government and has not yet received it.

The Assistant United States Attorney assigned to this case, Donald Cabell, has no objection to this request.

MICHAEL PRIDGEN
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: June 7, 2005