UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10375 RWZ |
| ) | |
| MICHAEL PRIDGEN ) | |
| ) | |

## COURT ORDER

The Clerk, Juvenile Division, Roxbury Division, Roxbury District Court Department, 85 Warren Street Roxbury, MA 02119 is hereby ordered to provide counsel for defendant Michael Pridgen, Assistant Federal Public Defender Page Kelley, 408 Atlantic Avenue, 3rd floor, Boston, MA 02110, with docket sheet, certification of representation by counsel, complaint, and tape of guilty plea or admission to sufficient facts for case no. DL00R0538. Mr. Pridgen was convicted of that charge, assault and battery with a dangerous weapon, a knife, on 11/6/00. These materials are to be provided no later than Wednesday, June 8, 2005.

Date: 7/19/05

Joyce London Alexander
U.S. MAGISTRATE JUDGE