UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. _____

UNITED STATES OF AMERICA

v.

Michael
Podgen

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On __7/19/05__, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. Features of case that deserve special attention or modification of the standard schedule __None__

2. (a) Discovery status and pending motions __Discovery is substantially complete. The defendant has filed a motion to suppress evidence, to which the government shall respond by 7/22/05.__

(b) If discovery is not complete, indicate if case will remain with the Magistrate Judge until discovery is complete __Case is ready to be reported up__

3. Supplemental discovery anticipated __- Results of fingerprint testing__

4. (a) Total amount of time ordered excluded under the Speedy Trial Act __1/10/05 - 2/7/05__
__2/7/05 - 3/12/05__
__3/12/05 - 7/19/05__

1

(b) Amount of time remaining under the Speedy Trial Act before trial must commence _56 days_

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act _Motion to Suppress_

5. (a) The defendant does / ~~does not~~ intend to raise a defense of insanity.
   (b) The defendant does / ~~does not~~ intend to raise a defense of public authority.

6. The Government has / ~~has not~~ requested notice of alibi by the defendant. If notice has been requested, the defendant has / has not timely responded.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial _Defendant has filed Motion to Suppress_

   (b) Briefing schedule established

8. Need for schedule concerning any matter in the case other than trial _Suppression hearing_

9. Possibility of early resolution of case without trial _Unsure_

10. Trial ~~is~~ / is not necessary. Estimated duration of trial _4 days_

11. Other matters

2

_____

IT IS HEREBY ORDERED THAT

_____

By the Court,

Date 7/20/05

*[signature]*
Deputy Clerk