UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10375-RWZ |
| | ) | |
| MICHAEL PRIDGEN | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE HEARING RE
MOTION TO SUPPRESS STATEMENTS

Defendant, Michael Pridgen, moves this Court to continue the hearing on the

defendant's motion to suppress statements, presently scheduled for September 15, 2005, to a

date in October or November, 2005.  Counsel so requests because she is not available on

September 15 as she has two other matters scheduled for that afternoon, and efforts to schedule

the case in August have been unfruitful because of the schedules of defense counsel and the

prosecutor in this case, Assistant United States Attorney Donald Cabell.

Mr. Cabell has no objection to this motion.

MICHAEL PRIDGEN
By his attorney,

/s/ Page Kelley
Page Kelley
   B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: August 4, 2005