UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.     )<br>)<br>MICHAEL PRIDGEN )<br>) | CRIMINAL NO. 04-10375-RWZ |

ASSENTED-TO MOTION TO CONTINUE
MOTION TO SUPPRESS STATEMENTS HEARING

    Defendant, Michael Pridgen, moves this Court to continue the hearing on the defendant's motion to suppress statements, presently scheduled for November 29, 2005. Counsel so requests because the defendant is scheduled to have surgery on November 25 on his jaw. It is counsel's understanding that bone will be grafted from some part of the defendant's body to his jaw, and she anticipates that he will not be able to attend and/or testify at the hearing on November 29. The defendant requests a date after January 18 because counsel is on trial in Worcester the week of January 9.

    The Assistant United States Attorney assigned to this case, Donald Cabell, has no objection to this request.

    MICHAEL PRIDGEN
    By his attorney,

    /s/ Page Kelley
    Page Kelley
      B.B.O. #548237
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

Date: November 10, 2005