**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10375-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL PRIDGEN | ) | |
| | ) | |

**JOINT MOTION TO RESCHEDULE SUPPRESSION HEARING FROM JANUARY 25 TO JANUARY 27, 2006, OR TO A DATE THEREAFTER**

The United States of America and Defendant Michael Pridgen hereby jointly move that the Court reschedule the suppression hearing in this case from Wednesday, January 25, 2006, to Friday, January 27, 2006, or to a date thereafter. In submitting this motion, the parties are mindful that the Court had already continued the hearing to January 25th on the parties' motion, and stated that no further continuances would be allowed. However, and respectfully, the parties believe a brief continuance is appropriate to accommodate conflicts in counsels's respective schedules. More specifically, defense counsel is scheduled for a Rule 11 hearing on January 25, 2006 at 2:30 p.m. in the matter of United States v. Maxwell, Cr. No. 03-10076-RCL, which is expected to last approximately one hour, and the AUSA is scheduled to be away from the office on that afternoon. Both counsel were unaware of these conflicts at the time the Court rescheduled the hearing. Assuming the Court is prepared to consider the motion to reschedule, the parties apologize for any inconvenience to the Court's docket.

MICHAEL PRIDGEN                              MICHAEL J. SULLIVAN
By His Attorney                              United States Attorney

                              By:


/s/Page Kelly_____                /s/Donald L. Cabell__
PAGE KELLY, ESQ.                             DONALD L. CABELL
Federal Defender Office                      Assistant U.S. Attorney
408 Atlantic Avenue, 3rd floor               U.S. Courthouse
Boston, MA 02210                             1 Courthouse Way
(617) 223-8061                               Suite 9200
                                             Boston, MA 02210
                                             (617) 748-3105