**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10375-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL PRIDGEN | ) | |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO RESCHEDULE STATUS CONFERENCE**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court reschedule the status conference in the case, presently scheduled for March 28, 2006, to a convenient time later during the week or the following week. In support of the motion, the undersigned AUSA will be in Denver, Colorado preparing for trial in the matter of United States v. Andrew Lewis, Cr. No. 04-10317-RCL, and thus will not be in the office on that day. Alternatively, to the extent the Court has scheduled the conference to arrange a trial date, the government would respectfully request permission to have another AUSA stand in for the undersigned and convey the undersigned's schedule and obligations to the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney