UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)    CR. NO. 04-10375-RWZ<br>MICHAEL PRIDGEN  )<br>) | |

**GOVERNMENT'S MOTION TO CONTINUE TRIAL**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves that the Court continue the trial in this matter, presently scheduled for June 26, 2006, to July 10 or 17, 2006.

In support of the motion, the undersigned began an arson and fraud trial on June 12, 2006 in front of the Honorable Nancy Gertner in the matter of United States v. Hebshie, 02-CR-10185-NG.  Although the undersigned believed that this matter would conclude before June 26th, the Court has informed the parties that it is not sitting on Friday, June 16, 2006, or Tuesday through Friday, June 20-23, 2006, and will resume on June 26, 2006.  As a result of the amended trial schedule, the undersigned believes the present trial will conclude on or about June 28, 2006, but it will not have finished by June 26th.

In seeking to continue this trial, the government is mindful that the June 26th trial date has been set since March 28, 2006, and thus does not file the motion lightly.  In that vein, the undersigned has been attempting to identify an AUSA whose

schedule would permit the person sufficient time to review the file, interview the witnesses and prepare the case for trial, but has thus far been unable to identify anyone.  Respectfully, though, the government suggests that, because the undersigned is most familiar with the case and the prospective witnesses and evidence, it would be most efficient to grant a continuance to allow the undersigned to remain with and prosecute the case.

The undersigned has spoken with the defendant's counsel, Page Kelly.  She does not object to the government's motion but is presently unsure what her schedule and obligations are for mid-July.

>                    Respectfully submitted,
>
>                    MICHAEL J. SULLIVAN
>                    United States Attorney
>
>                By:
>
>                    /s/Donald L. Cabell
>                    DONALD L. CABELL
>                    Assistant U.S. Attorney