Page Kelley

1