UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-10375-RWZ |
| ) | |
| MICHAEL PRIDGEN ) | |

**GOVERNMENT'S LIST OF PROPOSED EXHIBITS**

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorney Donald L. Cabell, hereby submits the following list of proposed exhibits which it may use during its case-in-chief at trial.  The government respectfully reserves the right to amend or supplement this list of its proposed exhibits.

1. A map of the area depicting Dudley Square and 8 Warren Place;

2. A Smith and Wesson brand, Model 65 revolver, bearing serial number 7D12564, and six rounds of ammunition.

3. Smith & Wesson records reflecting the origin and history of recovered firearm;

4. A sweatshirt found with the recovered firearm; and

5. A stipulation of the parties relating to the defendant's prior criminal history.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney