```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CR. NO. 04-10375-RWZ
                            )
MICHAEL PRIDGEN             )
```

**GOVERNMENT'S LIST OF WITNESSES**

The following is a list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

```
(1)  Maria Souza, Boston, MA;
(2)  BPD Officer Michael Ross;
(3)  BPD Officer Juan Seoane;
(4)  BPD Detective Greg Gallagher;
(5)  BPD Detective Marc Cooper;
(6)  BPD Detective Winifred Cotter;
(7)  BPD Officer Albert Rue;
(8)  Steven Gilchrist, Boston, MA;
(9)  Martha Holley, Boston, MA;
(10) Scott Alden, Boston, MA;
(11) John Lazzaretto, Ron Smith & Associates;
(12) Darryl Garvey, Smith & Wesson;
(13) ATF S.A. Philip Ball;
(14) BPD Detective Martin Lydon
```

```
                        Respectfully submitted,
                        MICHAEL J. SULLIVAN
                        United States Attorney

                  BY:   /s/Donald L. Cabell
                        DONALD L. CABELL
                        Assistant U.S. Attorney
                        One Courthouse Way, Suite 9200
                        Boston, MA 02210
```