UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO. 04-10375-RWZ |
| | ) |
| MICHAEL PRIDGEN | ) |
| | ) |

### DEFENDANT'S MOTION TO SEQUESTER WITNESSES

Now comes the Defendant, Michael Pridgen, and hereby moves this Honorable Court, pursuant to Federal Rule of Evidence 615, to order that all potential trial witnesses be excluded from the courtroom until they have completed testifying at trial, and that all witnesses be prohibited from speaking with any other witnesses regarding this case until the conclusion of the trial.

The defendant further moves that all witnesses be informed of the Court's sequestration order at the commencement of trial.

Respectfully submitted
MICHAEL PRIDGEN
By his attorney,
/s/ Page Kelly
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 20, 2006.

/s/ Page Kelley
Page Kelley

1