## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 04-10375-RWZ |
| MICHAEL PRIDGEN,<br>           Defendant. | ) ) ) ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as counsel for the United States of America in the above captioned matter.

                                                            Respectfully submitted,

                                                            MICHAEL J. SULLIVAN
                                                            United States Attorney


                                                    By:    */s/ Lisa M. Asiaf*
Date: July 17, 2006                                        LISA M. ASIAF
                                                            Assistant U.S. Attorney
                                                            Tel:  (617) 748-3268


### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 17, 2006.

                                                             */s/ Lisa M. Asiaf*
                                                            LISA M. ASIAF
                                                            Assistant U.S. Attorney