```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CR. NO. 04-10375-RWZ
                            )
MICHAEL PRIDGEN             )
```

### GOVERNMENT'S AMENDED LIST OF PROPOSED WITNESSES AND EXHIBITS

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys Donald L. Cabell and Lisa Asiaf, hereby supplement its previously submitted witness list to include Boston Police Officer Albert Rue. In addition, the government sbmits the following amended list of proposed exhibits which it may use during its case-in-chief.

1. A map of the area depicting Dudley Square and 8 Warren Place (Exhibit 1);

2. Various photographs of the Dudley Square area (Exhibits 2A-G;

3. A sweatshirt found in a lot behind 8 Warren Place (Exhibit 3);

4. A Smith and Wesson brand, Model 65 revolver, bearing serial number 7D12564 (Exhibit 4), and various rounds of ammunition (Exhibits 4A-C);

5. Smith & Wesson records reflecting the origin and history of recovered firearm (Exhibit 5);

6. A stipulation of the testimony of fingerprint examiner John Lazzaretto (Exhibit 6); and

7. A stipulation of the parties relating to the defendant's prior criminal history (Exhibit 7).

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/Donald L. Cabell
                              DONALD L. CABELL
                              LISA ASIAF
                              Assistant U.S. Attorneys
```