1:50 p.m.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 04-10375-RWZ

MICHAEL PRIDGEN

### VERDICT

WE, THE JURY, FIND THE DEFENDANT, MICHAEL PRIDGEN:

**ON COUNT ONE OF THE INDICTMENT:**

Guilty  ✓ _____

Not Guilty  _____

7/26/06 _____  William J. Rolen _____
DATE  FOREPERSON'S SIGNATURE