UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10375-RWZ |
| | ) | |
| MICHAEL PRIDGEN | ) | |
| | ) | |

MOTION TO SUPPLEMENT SENTENCING MEMORANDUM

Defendant Michael Pridgen, submits the attached letter as a supplement to his previously-filed sentencing memorandum.

MICHAEL PRIDGEN
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: October 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 17, 2006.

 /s/ Page Kelley
Page Kelley

Hello,

Hon. Judge Rya Zobel,

Hi my name is Shawnte Hall, And i am a single parent of a 5 year old, her name is Shaki Hall, and her father is Michael Pridgen who stans be for you. I would Jest like to Say how hard it is for me to raise my child by myself. my baby needs her father. my daughter was 3 when my baby father was locked up. and it seems like she knows Los gone, because when he was home he was everything to me, he was all was around our baby, She was stuck to him like glue, and every birthday came around She diden't want for Nothing. New cloth, New sneakers, but most of all his love, his love for my daughter will Never end. i see myself crying sometime tryed to figer out how are we gonna eat, where He Next time where going to Shop. I have Recently got a part time Job at Dunkin Donuts it's Not the best but it helps a little. Sometime I have to leave work cuz my daughter get out of School 3:15pm and i work from 12pm-7pm and on the Nights No one feel like watching her I have to leave and get her it hard. She needs her Father for some of the things she do, I have No uncles, No brother, or anykind of male roll model for her, and im Not tryen to find one I just wish she can have her father. Me and Mike is writing every week to one another, he tell me how much he want to change and be a family again, how he wish he can hold the Baby & females in his arm agein and he crys and that hurt me the most

cuz i know thire is no one really on his side but me and his mom is no longer hear so that makes things even wrost. I don't want my baby to grow up and for get the love of her father. I have been with mike for 6 year and he has always love me and i have always love him. I don't know what happen i think i was a day of him not holding me, we miss one day of not being togather and it turns into years. I love mike with all my heart and soul and his daughter does to. See most of my girl friends and they kids all have thire father so when its time for us to do something with school of fild trips me and her go and her friends go with both mom & dad so she say to me "mommy how come my friends father goes with they mommy every where and my daddy can't whever go with us? She goes thats no fair i wish i had my daddy. and that make me cry because she has a father out thire she just don't know where, and why he's gone. I try to make up things to the best of my abilty but some things i just can't (lie). We need some kind of help, even if we was able to see him, it might be hald but she hasen't heard his voice or seen him for a while i really don't want her to for get cuz she's growing and her mind is getting older. what make for me to do. I know he's not the person to go away from us for a lot of years. I pray to god

that you give him a chance to be with his family again, to hold his daughter and see what he is miss he has miss so much and there is no turning back on what's already gone, i just want for him to see his little girl turn from daddy's little girl in to a young women, but i don't know if that's gonna happen it's been so long i don't know what to do with myself i need someone that's not gonna tell no lie in/ not watching her, someone that want to help watch & help her and that's her father So God we pray to you and every one els that watching over mine to let him come home and be with his family and be one again.

from Shaunti Hall