UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10375-RWZ |
| ) | |
| MICHAEL PRIDGEN ) | |
| ) | |

NOTICE OF APPEAL

      The defendant, Michael Pridgen, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final judgment and sentence entered on October 19, 2006.

      MICHAEL PRIDGEN
By his attorney,
/s/ Page Kelley
Page Kelley
B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: October 23, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 23, 2006.

      /s/ Page Kelley
Page Kelley