UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. : 04-10375-RWZ |
| ) | |
| MICHAEL PRIDGEN ) | |

DEFENDANT'S MOTION FOR
WAIVER OF FILING FEE FOR NOTICE OF APPEAL

Now comes the Defendant, Michael Pridgen, through counsel and respectfully moves this Honorable Court to waive the filing fee assessed in connection with his Notice of Appeal.

As grounds for this motion, defendant submits that the Federal Public Defender was appointed to represent him in the district court proceedings because he is indigent. See December 7, 2004 order of the Honorable Lawrence Cohen attached hereto as Exhibit A.

Defendant has been incarcerated since this order was issued, hence he has been unable to procure gainful employment and remains indigent. He will be represented by the Office of the Federal Public Defender on Appeal.

                                            Respectfully submitted
                                            MICHAEL PRIDGEN
                                            By his attorney,
                                            /s/ Page Kelly
                                            Page Kelley
                                              B.B.O. #548237
                                            Federal Defender Office
                                            408 Atlantic Avenue, 3rd Floor
                                            Boston, MA  02110
                                            Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 26, 2006.

                                            /s/ Page Kelley
                                            Page Kelley

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL PRIDGIN

Defendant

MJ 04-84

APPOINTMENT OF FEDERAL DEFENDER
Page Kelley

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **DECEMBER 6, 2004** to represent said defendant in this cause until further order of the Court.

TONY ANASTAS
CLERK OF COURT

By:    /s/ Maria Simeone
       Courtroom Deputy
       The Honorable Lawrence P. Cohen

DATE: December 7, 2004

(Appt Fed def.wpd - 11/98)                                        [koapptpd.]