UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10375

United States of America

v.

Michael Pridgen

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-63

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/23/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 9, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __11/9/06__

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10375-RWZ-ALL

Case title: USA v. Pridgen  
Magistrate judge case number: 1:04-mj-00084-LPC

Date Filed: 12/15/2004

Assigned to: Judge Rya W. Zobel

**Defendant**

**Michael Pridgen** (1)  
*TERMINATED: 10/23/2006*

represented by **Page Kelley**  
Federal Defenders  
408 Atlantic Avenue  
Boston, MA 02210  
617-223-8061  
Fax: 617-223-8080  
Email: page_kelley@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:922 (g)(1)-FELON IN POSSESSION OF FIREARM AND AMMUNITION  
(1)

**Disposition**

The defendant was sentenced to 84 months BOP; 3 years SR; $100.00 SA; Standard condtions; no guns; drug testing; DNA sample; defendant shall get credit for time already served.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

18:922G.F Unlawful Transport of
Firearms, etc.

**Plaintiff**

USA　　　　　　　　　　　　　　　　represented by **Donald L. Cabell**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3105
Fax: 617-748-3951
Email: donald.cabell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M. Asiaf**
United States Attorney's Office
Major Crimes Unit
John Joseph Moakley U.S. Courthouse
Suite 9200
Boston, MA 02210
(617) 748-3268
Fax: (617) 748-3951
Email: lisa.asiaf@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2004 | 1 | COMPLAINT as to Michael Pridgen (1). (Simeone, Maria)[1:04-mj-00084-LPC] (Entered: 12/06/2004) |
| 12/02/2004 |  | Arrest Warrant Issued as to Michael Pridgen. (Simeone, Maria)[1:04-mj-00084-LPC] (Entered: 12/06/2004) |
| 12/06/2004 |  | Arrest of Michael Pridgen (Simeone, Maria)[1:04-mj-00084-LPC] (Entered: 12/06/2004) |
| 12/06/2004 |  | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Michael Pridgen held on 12/6/2004; Don Cabell for Govt; Page Kelly for deft; court reads deft rights and charges; deft files financial affida[1:04vit; detention/ Preliminary Examination set for 12/9/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria)[1:04-mj-00084-LPC] (Entered: 12/06/2004) |

| | | |
|---|---|---|
| 12/06/2004 | 2 | CJA 23 Financial Affidavit by Michael Pridgen (Simeone, Maria)[1:04-mj-00084-LPC] (Entered: 12/06/2004) |
| 12/07/2004 | 3 | Judge Lawrence P. Cohen : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Michael Pridgen Page Kelley for Michael Pridgen appointed. (Simeone, Maria)[1:04-mj-00084-LPC] (Entered: 12/07/2004) |
| 12/09/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Preliminary Examination as to Michael Pridgen held on 12/9/2004; Don Cabell for Govt; Page Kelly for deft; Govt calls first witness; witness sworn and examined; defen[1:04se cross examines witness;witness steps down; no evidence to produce either side; defense is heard on prob cause; court finds probable cause; deft is bound over for grand jury action; govt states maximum penalties; defense waives the argument of dete[1:04ntion; matter taken under advisement; deft remanded to the custody of the US Marshal. (Court Reporter digital.) (Simeone, Maria)[1:04-mj-00084-LPC] (Entered: 12/09/2004) |
| 12/09/2004 | 4 | WITNESS LIST as to Michael Pridgen (Simeone, Maria)[1:04-mj-00084-LPC] (Entered: 12/09/2004) |
| 12/10/2004 | 5 | Judge Lawrence P. Cohen : ORDER entered ORDER OF DETENTION as to Michael Pridgen (Cohen, Lawrence)[1:04-mj-00084-LPC] (Entered: 12/10/2004) |
| 12/14/2004 | 6 | Arrest Warrant Returned Executed on 12/6/04, as to Michael Pridgen. (Simeone, Maria)[1:04-mj-00084-LPC] (Entered: 12/14/2004) |
| 12/15/2004 | 7 | INDICTMENT as to Michael Pridgen (1) count(s) 1. (Diskes, Sheila) (Entered: 12/16/2004) |
| 12/15/2004 | 8 | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: Pretrial as to Michael Pridgen (Diskes, Sheila) (Entered: 12/16/2004) |
| 12/15/2004 | | Judge update in case as to Michael Pridgen. Judge George A. O'Toole, Jr and Leo T. Sorokin added. (Brown, Rex) (Entered: 04/28/2005) |
| 12/30/2004 | | Set arraignment date as to Michael Pridgen : Arraignment set for 1/10/2005 02:45 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 12/30/2004) |
| 01/10/2005 | | ElectronicClerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Michael Pridgen (1) Count 1 held on 1/10/2005, Plea entered Not Guilty on all counts. final Status Conference set for 2/22/2005. Court requests counsel contact Chief Magistrate Judge Swartwoods session regarding this hearing.(Court Reporter digital.) (Simeone, Maria) (Entered: 01/10/2005) |
| 01/11/2005 | 9 | Judge Lawrence P. Cohen : ORDER entered. INITIAL SCHEDULING ORDER as to Michael Pridgen Initial Status Conference set for 2/22/2005 |

|  |  | 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 01/11/2005) |
|---|---|---|
| 01/11/2005 | 10 | Judge Lawrence P. Cohen : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael Pridgen Time excluded from 1/10/05 until 2/7/05. (Cohen, Lawrence) (Entered: 01/11/2005) |
| 01/26/2005 |  | Case as to Michael Pridgen no longer referred to Magistrate Judge Lawrence P. Cohen. (Hurley, Virginia) (Entered: 01/26/2005) |
| 01/26/2005 | 11 | Judge Rya W. Zobel : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander as to Michael Pridgen upon the retirement of Magistrate Judge Cohen. (Hurley, Virginia) (Entered: 01/26/2005) |
| 03/07/2005 |  | ELECTRONIC NOTICE OF RESCHEDULING as to Michael Pridgen Status Conference set for 3/10/2005 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 03/07/2005) |
| 03/09/2005 |  | SECOND ELECTRONIC NOTICE OF RESCHEDULING as to Michael Pridgen Initial Status Conference set for 3/17/2005 03:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) Modified on 3/10/2005 (Brown, Rex). (Entered: 03/09/2005) |
| 03/10/2005 |  | Notice of correction to docket made by Court staff. Correction: 3/9/05 Second Electronic Notice of Hearing corrected because: text edited to include "SECOND ELECTRONIC " as to Michael Pridgen (Brown, Rex) (Entered: 03/10/2005) |
| 03/11/2005 | 12 | Assented to MOTION to Exclude *time* as to Michael Pridgenby USA. (Cabell, Donald) (Entered: 03/11/2005) |
| 03/11/2005 | 13 | Assented to MOTION to Exclude *time* as to Michael Pridgenby USA. (Cabell, Donald) (Entered: 03/11/2005) |
| 03/17/2005 | 14 | PRETRIAL MEMORANDUM *for initial status conference* by Michael Pridgen (Cabell, Donald) (Entered: 03/17/2005) |
| 03/17/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :INITIAL Status Conference as to Michael Pridgen held on 3/17/2005. Order to issue. INTERIM Status Conference set for 4/18/2005 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 03/30/2005) |
| 03/17/2005 |  | Judge Joyce London Alexander : Electronic ORDER entered finding as moot 12 Motion to Exclude as to Michael Pridgen (1); granting 13 Motion to Exclude as to Michael Pridgen (1) (Brown, Rex) (Entered: 03/30/2005) |
| 03/17/2005 | 15 | Judge Joyce London Alexander : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael Pridgen Time excluded from 2/7/05 until 3/17/05. (Brown, Rex) (Entered: 03/30/2005) |

| 03/30/2005 | ◯ | Notice of correction to docket made by Court staff. Correction: Docket entry 15 corrected because: filing date corrected from 3/30/05 to 3/17/05 as to Michael Pridgen (Brown, Rex) (Entered: 03/30/2005) |
| --- | --- | --- |
| 03/30/2005 | ◯ 16 | Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Initial Status Conference as to Michael Pridgen. INTERIM Status Conference set for 4/18/2005 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 03/30/2005) |
| 04/14/2005 | ◯ 17 | STATUS REPORT by USA as to Michael Pridgen (Cabell, Donald) (Entered: 04/14/2005) |
| 04/14/2005 | ◯ 18 | Joint MOTION to Exclude *time* as to Michael Pridgenby Michael Pridgen, USA. (Cabell, Donald) (Entered: 04/14/2005) |
| 04/18/2005 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Interim Status Conference as to Michael Pridgen held on 4/18/2005. Dispositive motions shall be due on or before 5/27/05 with the government's response due 6/10/05. Final Status Conference set for 5/18/2005 10:15 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 04/18/2005) |
| 04/18/2005 | ◯ | Judge Joyce London Alexander : Electronic ORDER entered granting 18 Motion to Exclude as to Michael Pridgen (1) (Brown, Rex) (Entered: 04/18/2005) |
| 04/26/2005 | ◯ | Judge Joyce London Alexander : Electronic ORDER entered. as to Michael Pridgen. On April 18, 2005, this court set a hearing on final status conference. Prior to said scheduling, the interim period for appointment of Magistrate Judge Cohen's successor has passed. Accordingly, the final status conference heretofore set is vacated. The case is hereby returned to Magistrate Judge Sorokin for further pretrial proceedings that should take place as soon as possible. (Brown, Rex) (Entered: 04/26/2005) |
| 04/26/2005 | ◯ | Judge update in case as to Michael Pridgen. Judge Leo T. Sorokin added. Judge Joyce London Alexander no longer assigned to case. (Brown, Rex) (Entered: 04/26/2005) |
| 04/29/2005 | ◯ 19 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander and terminating the referral to Magistrate Judge Leo T. Sorokin as to Michael Pridgen, in that the Federal Defender's Office represents the defendant.(Hurley, Virginia) (Entered: 04/29/2005) |
| 05/04/2005 | ◯ | Electronic Notice of correction to docket made by Court staff as to Michael Pridgen. This case is assigned to the Honorable Rya W. Zobel as it was assigned to her by random draw. (Hurley, Virginia) (Entered: 05/04/2005) |

| 05/16/2005 | | ELECTRONIC NOTICE OF RESCHEDULING as to Michael Pridgen FINAL Status Conference set for 5/18/2005 10:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 05/16/2005) |
|---|---|---|
| 05/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Final Status Conference as to Michael Pridgen held on 5/18/2005. Defense counsel did not appear. After case called, counsel for the government informed the Court that the defense counsel was currently on trial and, thus, unavailable. The Court continues the matter. Final Status Conference set for 6/9/2005 03:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 06/26/2005) |
| 05/24/2005 | 20 | MOTION for Order *for Release of Juvenile Records* as to Michael Pridgen. (Kelley, Page) (Entered: 05/24/2005) |
| 05/25/2005 | 21 | Assented to MOTION to Continue *Date for Filing Dispositive Motion* to 06/06/2005 as to Michael Pridgen. (Kelley, Page) (Entered: 05/25/2005) |
| 06/07/2005 | 22 | MOTION for Leave to File *One Day Late* as to Michael Pridgen. (Kelley, Page) (Entered: 06/07/2005) |
| 06/07/2005 | 23 | MOTION to Suppress *Statements* as to Michael Pridgen. (Attachments: # 1 Affidavit)(Kelley, Page) (Entered: 06/07/2005) |
| 06/07/2005 | 24 | Assented to MOTION to Continue *Date for Final Status Conference* as to Michael Pridgen. (Kelley, Page) (Entered: 06/07/2005) |
| 07/13/2005 | | Judge Joyce London Alexander : Endorsed ORDER entered granting 24 Motion to Continue Final Status Conference as to Michael Pridgen (1). ==> Final status conference rescheduled to Tuesday, July 19, 2005 @10:00am. (Edge, Eugenia) (Entered: 07/13/2005) |
| 07/13/2005 | | Reset Hearings as to Michael Pridgen: Final Status Conference set for 7/19/2005 10:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Edge, Eugenia) (Entered: 07/13/2005) |
| 07/19/2005 | | Clerk's Notes for proceedings held before Judge Joyce London Alexander :Final Status Conference as to Michael Pridgen held on 7/19/2005.Gov't request extension to file opposition to Motion to Suppress till July 22, 2005. Court grants motion. Counsel to file final status report. Motion to exclude time to be filed. Case is reported ready to be transferred to District Judge. (Court Reporter Tape.) (Howarth, George) (Entered: 07/19/2005) |
| 07/19/2005 | | Judge Joyce London Alexander : ORDER entered granting 20 Motion for Order release of Juvenile Records as to Michael Pridgen (1) (Howarth, George) (Entered: 07/19/2005) |
| 07/19/2005 | 25 | Judge Joyce London Alexander : ORDER entered. as to Michael Pridgen re Order to the Clerk Juvenile Division,Roxbury District Court Department on Motion to release juvenile records of defendant. For full |

| | | Text see Docket No. 25. (Howarth, George) (Entered: 07/19/2005) |
|---|---|---|
| 07/19/2005 | 🌀 | Judge Joyce London Alexander : ORDER entered granting 22 Motion for Leave to File One day late as to Michael Pridgen (1) (Howarth, George) (Entered: 07/19/2005) |
| 07/19/2005 | 🌀 | Judge Joyce London Alexander : ORDER entered granting 21 Motion to Continue date for filing dispositive motions as to Michael Pridgen (1) (Howarth, George) (Entered: 07/19/2005) |
| 07/19/2005 | 🌀 27 | Magistrate Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Final Status Conference as to Michael Pridgen. Case ready to be returned to District Judge. (Miner, Valencia) (Entered: 07/20/2005) |
| 07/19/2005 | 🌀 | Case as to Michael Pridgen no longer referred to Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/17/2006) |
| 07/20/2005 | 🌀 26 | Assented to MOTION for Excludable Delay from 3/17/05 to 7/19/05 as to Michael Pridgen by USA. (Cabell, Donald) (Entered: 07/20/2005) |
| 07/20/2005 | 🌀 | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 26 Motion to Exclude Time from 3/17/05 to 7/19/05 as to Michael Pridgen (1) (Miner, Valencia) (Entered: 07/21/2005) |
| 07/22/2005 | 🌀 28 | MEMORANDUM in Opposition by USA as to Michael Pridgen re 23 MOTION to Suppress *Statements* (Cabell, Donald) (Entered: 07/22/2005) |
| 08/03/2005 | 🌀 | NOTICE OF HEARING ON MOTION to suppress as to Michael Pridgen Motion Hearing set for 9/15/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 08/03/2005) |
| 08/04/2005 | 🌀 29 | Assented to MOTION to Continue *Hearing Re Motion to Suppress Statements* as to Michael Pridgen. (Kelley, Page) (Entered: 08/04/2005) |
| 08/08/2005 | 🌀 | Judge Rya W. Zobel : endorsedORDER entered granting 29 Motion to Continue as to Michael Pridgen (1). Hearing rescheduled to 10/27/05 at 2:30 p.m. (Urso, Lisa) (Entered: 08/08/2005) |
| 10/25/2005 | 🌀 | NOTICE OF RESCHEDULING as to Michael Pridgen Evidentiary Hearing reset for 11/29/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 10/25/2005) |
| 11/10/2005 | 🌀 30 | Assented to MOTION to Continue *Motion to Suppress Statements Hearing* as to Michael Pridgen. (Kelley, Page) (Entered: 11/10/2005) |
| 11/14/2005 | 🌀 | Judge Rya W. Zobel : ElectronicORDER entered granting 30 Motion to Continue as to Michael Pridgen (1). Suppression hearing rescheduled to 1/25/06 at 2:30 p.m. There will be no further continuances. (Urso, Lisa) (Entered: 11/14/2005) |
| 01/11/2006 | 🌀 31 | Joint MOTION to Continue *suppression hearing* as to Michael Pridgen by Michael Pridgen, USA. (Cabell, Donald) (Entered: 01/11/2006) |

| | | |
|---|---|---|
| 01/12/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 31 Motion to Continue as to Michael Pridgen (1) (Urso, Lisa) (Entered: 01/13/2006) |
| 01/25/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Motion Hearing as to Michael Pridgen held on 1/25/2006 re 23 MOTION to Suppress *Statements* filed by Michael Pridgen. Goverment witness #1 Michael Ross; cross; witness #2 Juan Seone; cross; Judge takes matter under advisement. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 01/25/2006) |
| 02/14/2006 | 32 | First MEMORANDUM in Support by Michael Pridgen re 23 MOTION to Suppress *Statements* (Attachments: # 1 Exhibit A-D)(Kelley, Page) (Entered: 02/14/2006) |
| 02/15/2006 | 33 | MOTION to Amend/Correct 32 Memorandum in Support filed by Michael Pridgen, as to Michael Pridgen. (Attachments: # 1 Exhibit A-D)(Kelley, Page) (Entered: 02/15/2006) |
| 02/16/2006 | | Judge Rya W. Zobel : Electronic ORDER entered granting 33 Motion to Amend/Correct as to Michael Pridgen (1). Exhibits received. (Urso, Lisa) (Entered: 02/16/2006) |
| 02/17/2006 | 34 | TRANSCRIPT of MOtion to Suppress Hearing as to Michael Pridgen held on Janaury 25, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/17/2006) |
| 03/03/2006 | 35 | Judge Rya W. Zobel : Memorandum of Decision entered granting 23 Motion to Suppress as to Michael Pridgen (1) (Urso, Lisa) (Entered: 03/03/2006) |
| 03/03/2006 | | NOTICE OF HEARING as to Michael Pridgen Pretrial Conference set for 3/28/2006 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 03/03/2006) |
| 03/13/2006 | 36 | Assented to MOTION to Continue *status conference* as to Michael Pridgenby USA. (Cabell, Donald) (Entered: 03/13/2006) |
| 03/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Michael Pridgen held on 3/28/2006 Jury Trial set for 6/26/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. 1 week; (Urso, Lisa) (Entered: 03/29/2006) |
| 06/06/2006 | 37 | Letter from Page Kelley (non-motion) regarding Discovery Issues as to Michael Pridgen (Johnson, Jay) (Entered: 06/07/2006) |
| 06/07/2006 | 38 | Proposed Voir Dire by Michael Pridgen (Attachments: # 1)(Kelley, Page) (Entered: 06/07/2006) |
| 06/14/2006 | 39 | TRANSCRIPT of Probable Cause and Detention Hearing as to Michael Pridgen held on December 9,, 2004 before Judge Cohen. Digital |

| | | |
|---|---|---|
| | | Recording: Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/15/2006) |
| 06/16/2006 | 40 | MOTION to Continue *Trial* as to Michael Pridgenby USA. (Cabell, Donald) (Entered: 06/16/2006) |
| 06/16/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 40 Motion to Continue as to Michael Pridgen (1) (Urso, Lisa) (Entered: 06/16/2006) |
| 06/20/2006 | 41 | MOTION to Sequester *Witnesses* as to Michael Pridgen. (Kelley, Page) (Entered: 06/20/2006) |
| 06/20/2006 | 47 | MOTION to Sequester Witnessesas to Michael Pridgen. (Johnson, Jay) (Entered: 06/21/2006) |
| 06/21/2006 | | Notice of correction to docket made by Court staff. Correction: #41 Motion to Sequester corrected because: Blank Page Filed as to Michael Pridgen. E-mail sent describing the fix. (Johnson, Jay) (Entered: 06/21/2006) |
| 06/21/2006 | 42 | PROPOSED JURY INSTRUCTION by USA as to Michael Pridgen (Cabell, Donald) Modified on 6/22/2006 (Johnson, Jay). (Entered: 06/21/2006) |
| 06/21/2006 | 43 | Proposed Jury Instructions by USA as to Michael Pridgen (Cabell, Donald) (Entered: 06/21/2006) |
| 06/21/2006 | 44 | EXHIBIT/WITNESS LIST by USA as to Michael Pridgen (Cabell, Donald) (Entered: 06/21/2006) |
| 06/21/2006 | 45 | EXHIBIT/WITNESS LIST by USA as to Michael Pridgen (Cabell, Donald) (Entered: 06/21/2006) |
| 06/21/2006 | 46 | Proposed Voir Dire by USA as to Michael Pridgen (Cabell, Donald) (Entered: 06/21/2006) |
| 06/22/2006 | | Notice of correction to docket made by Court staff. Correction: #42 Exhibit /Witness List corrected because: Wrong Event as to Michael Pridgen.FYI (Johnson, Jay) Modified on 6/22/2006 (Johnson, Jay). (Entered: 06/22/2006) |
| 06/22/2006 | 48 | MOTION in Limine as to Michael Pridgen. (Kelley, Page) (Entered: 06/22/2006) |
| 06/22/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Michael Pridgen Jury Trial reset for 7/24/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/22/2006) |
| 07/17/2006 | 49 | NOTICE OF ATTORNEY APPEARANCE Lisa M. Asiaf appearing for USA. (Asiaf, Lisa) (Entered: 07/17/2006) |

| 07/19/2006 | 50 | Opposition by USA as to Michael Pridgen re 48 MOTION in Limine (Cabell, Donald) (Entered: 07/19/2006) |
|---|---|---|
| 07/19/2006 | 51 | EXHIBIT/WITNESS LIST by Michael Pridgen (Kelley, Page) (Entered: 07/19/2006) |
| 07/23/2006 | 52 | EXHIBIT/WITNESS LIST by USA as to Michael Pridgen (Cabell, Donald) (Entered: 07/23/2006) |
| 07/24/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Voir Dire begun on 7/24/2006 Michael Pridgen (1) on Count 1 (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 07/24/2006) |
| 07/24/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial day One as to Michael Pridgen held on 7/24/2006; Goverment Opening; defendant's opening; Goverment witness #1 Marai Sousa; direct Asiaf; cross; redirect; recross; witness #2 Michael Ross; direct Cabell; cross; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 07/24/2006) |
| 07/25/2006 | 53 | MOTION to Disqualify Juror *or in the Alternative for a Mistrial* as to Michael Pridgen. (Kelley, Page) (Entered: 07/25/2006) |
| 07/25/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day two as to Michael Pridgen held on 7/25/2006; Michael Ross contiued cross; redirect Cabell; recross; Officer Juan Seoane; direct Asiaf; cross; redirect; Martha Holley; direct Cabell; cross; redirect; witness Scott Alden; direct Asiaf; cross; redirect; Greg Gallagher; direct Cabell; cross; Martin Lydon; direct Cabell; Stipulations ( exs. 6 & &) read into evidence; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 07/25/2006) |
| 07/25/2006 | 54 | RESPONSE to Motion by USA as to Michael Pridgen re 53 MOTION to Disqualify Juror *or in the Alternative for a Mistrial* (Cabell, Donald) (Entered: 07/25/2006) |
| 07/26/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day Three as to Michael Pridgen held on 7/26/2006; Goverment witness #8 Darryl Garvey; direct Asiaf; cross; #9 Phillip Ball; direct Cabell; Goverment rests; Defendant's witness #1 Angela Pettus; direct; cross Cabell; #2 Alicia Hutton; direct; cross Asiaf; redirect; defendant rests; no rebuttal; charge conference; Goverment's closing by Asiaf; defendant's closing; Goverment rebuttal; Asiaf; Jury charge 12:20 p.m.; Jury verdict at 1:30; Guilty; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 07/26/2006) |
| 07/26/2006 | 55 | JURY VERDICT as to Michael Pridgen (1) Guilty on Count 1. (Urso, Lisa) (Entered: 07/27/2006) |
| 07/27/2006 | 56 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Michael Pridgen Sentencing set for 10/19/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) |

| | | |
|---|---|---|
| | | (Entered: 07/27/2006) |
| 08/01/2006 | 57 | Judge Rya W. Zobel : ORDER entered. as to Michael Pridgen re; Roxbury records. (Urso, Lisa) (Entered: 08/02/2006) |
| 08/01/2006 | 58 | Judge Rya W. Zobel : ORDER entered. as to Michael Pridgen re; Boston records. (Urso, Lisa) (Entered: 08/02/2006) |
| 10/13/2006 | 59 | SENTENCING MEMORANDUM by Michael Pridgen (Kelley, Page) (Entered: 10/13/2006) |
| 10/17/2006 | 60 | MOTION for Leave to File *Supplement to Sentencing Memorandum* as to Michael Pridgen. (Attachments: # 1)(Kelley, Page) (Entered: 10/17/2006) |
| 10/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 10/19/2006 for Michael Pridgen (1), Count(s) 1, The defendant was sentenced to 84 months BOP; 3 years SR; $100.00 SA; Standard condtions; no guns; drug testing; DNA sample; defendant shall get credit for time already served.. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 10/19/2006) |
| 10/23/2006 | 61 | NOTICE OF APPEAL by Michael Pridgen Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/13/2006. (Kelley, Page) (Entered: 10/23/2006) |
| 10/23/2006 | 62 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Michael Pridgen (1), Count(s) 1, The defendant was sentenced to 84 months BOP; 3 years SR; $100.00 SA; Standard condtions; no guns; drug testing; DNA sample; defendant shall get credit for time already served. (Urso, Lisa) (Entered: 10/24/2006) |
| 10/26/2006 | 63 | MOTION Waiver of Filing Fee re 3 Order Appointing Public Defender as to Michael Pridgen. (Attachments: # 1)(Kelley, Page) (Entered: 10/26/2006) |